IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WILBERT BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-193 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff seeks to proceed *in forma pauperis* ("IFP") in this appeal of Defendant's denial of his application for Disability Insurance Benefits. Pursuant to 42 U.S.C. § 405(g), venue for such review is where Plaintiff resides. See also Overholt v. Astrue, Civ. Act. No. 207-143, 2009 WL 632676, at *1 n.1 (S.D. Ga. Mar. 10, 2009). While Plaintiff's complaint states he resides in Augusta, Richmond County, Georgia, (doc. no. 1, p. 2), in his IFP motion, Plaintiff attests under penalty of perjury that his legal residence is in Claxton, Georgia, (doc. no. 2, p. 5).

To ensure the case proceeds in the proper Division of this Court, by no later than November 6, 2024, Plaintiff shall clarify in a filing on the record where he resides. Moreover, Plaintiff shall clarify whether his name is Wilbert Bailey, as listed in the caption of the complaint, or Wilbert Bailey, Jr., as listed on the correspondence from the Social Security Administration attached to the complaint and the IFP motion. (Cf. doc. no. 1, p. 1 with id. at 5; doc. no. 2, p. 1.)

SO ORDERED this 30th day of October, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA